1  **Bruce A. Neilson #096952**
   **7108 N. Fresno St. #190**
2  **Fresno, California  93720**
   **Telephone (559) 432-9831**
3  **Facsimile (559) 432-1837**

4  **Attorney for Defendant**
   Chi Thanh Ngo, dba Valley Hydroponics and
5  Lloyd J. Ellis, trustee of the David L. Ellis Exemption Trust

6

                    **UNITED STATES DISTRICT COURT**

                    **EASTERN DISTRICT OF CALIFORNIA**

                              * * * * *

| | |
|---|---|
| RONALD MOORE, | CASE NO. 1:13-CV-00629-LJO-SMS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE |
| vs. | |
| CHI THANH NGO dba VALLEY HYDROPONICS; LLOYD J ELLIS, Trustee of the DAVID L ELLIS EXEMPTION TRUST, | Current Date: July 30, 2013  Time: 10:00 a.m.  Ctrm: #1 (SMS) |
| Defendants. | Sandra M. Snyder  U.S. Magistrate Judge |

WHEREAS:

   1.  Plaintiff Ronald Moore filed this action on April 30, 2013.

   2.  Plaintiff and Defendants are in settlement negotiations at this time and a settlement is expected in a a couple of weeks, or the time it takes to complete the CASp report, which has been partially completed.  Following receipt of the full report, the parties expect the matter tol settle promptly.

   3.  Parties agree that settlement of this case would save valuable court time and resources.

   NOW THEREFORE, Defendants through their attorneys, and Plaintiff Ronald Moore, through his attorneys, hereby stipulate and agree that the mandatory scheduling conference in this matter shall be continued to a date after August 30, 2013 at the Court's convenience, pending

Ronald Moore v. Chi Thanh Ngo, et al.
Stipulation and Order to Continue MSC

1

Case No. 1:13-cv-00629-LJO-SMS

court approval.

IT IS SO STIPULATED.

Dated: July 16, 2013                                /s/ Bruce A. Neilson
                                                    Bruce A. Neilson, Attorney for Defendants


                                                    MOORE LAW FIRM, PC

Dated: July 16, 2013                                /s/ Tanya E. Moore
                                                    Tanya E. Moore, Attorneys for Plaintiff

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the mandatory scheduling conference in this action be continued from July 30, 2013 to September 18, 2013 at 9:30 am in Courtroom 1 of the above entitled court.  A joint scheduling report shall be filed no later than seven (7) days prior to this date.  Telephonic appearances are granted with the parties to arrange for a one-line conference call to chambers at (559) 499-5690.

**IT IS SO ORDERED**.

Dated:  7/17/2013                                   /s/ SANDRA M. SNYDER
                                                    UNITED STATES MAGISTRATE JUDGE

Ronald Moore v. Chi Thanh Ngo, et al.
Stipulation and Order to Continue MSC                          Case No. 1:13-cv-00629-LJO-SMS

2