1 | **Bruce A. Neilson #096952**
**7108 N. Fresno St. #190**
2 | **Fresno, California  93720**
**Telephone (559) 432-9831**
3 | **Facsimile (559) 432-1837**

4 | **Attorney for Defendant**
Chi Thanh Ngo, dba Valley Hydroponics and
5 | Lloyd J. Ellis, trustee of the David L. Ellis Exemption Trust

6 |

7 | **UNITED STATES DISTRICT COURT**

8 | **EASTERN DISTRICT OF CALIFORNIA**

* * * * *

9 |

10 | RONALD MOORE,                          )     CASE NO. 1:13-CV-00629-LJO-SMS
                                       )
11 | Plaintiff,                            )     STIPULATION AND ORDER TO
                                       )     CONTINUE MANDATORY
    | vs.                                   )     SCHEDULING CONFERENCE
12 |                                       )
    | CHI THANH NGO dba VALLEY              )     Current Date: July 30, 2013
13 | HYDROPONICS; LLOYD J ELLIS, Trustee   )     Time: 10:00 a.m.
    | of the DAVID L ELLIS EXEMPTION        )     Ctrm: #1 (SMS)
14 | TRUST,                                 )
                                       )     Sandra M. Snyder
15 | Defendants.                           )     U.S. Magistrate Judge
                                       )
16 | _____ )

17 | WHEREAS:

18 |     1.   Plaintiff Ronald Moore filed this action on April 30, 2013.

19 |     2.   Plaintiff and Defendants are in settlement negotiations at this time and a settlement is

20 | expected in a a couple of weeks, or the time it takes to complete the CASp report, which has

21 | been partially completed.  Following receipt of the full report, the parties expect the matter tol

22 | settle promptly.

23 |     3.   Parties agree that settlement of this case would save valuable court time and

24 | resources.

25 |      NOW THEREFORE, Defendants through their attorneys, and Plaintiff Ronald Moore,

26 | through his attorneys, hereby stipulate and agree that the mandatory scheduling conference in
    | this

27 |

28 | matter shall be continued to a date after August 30, 2013 at the Court's convenience, pending

1

Ronald Moore v. Chi Thanh Ngo, et al.
Stipulation and Order to Continue MSC                              Case No. 1:13-cv-00629-LJO-SMS

court approval.

IT IS SO STIPULATED.

Dated: July 16, 2013 _____/s/ Bruce A. Neilson_____
                                        Bruce A. Neilson, Attorney for Defendants


                                        MOORE LAW FIRM, PC

Dated: July 16, 2013 /s/ Tanya E. Moore_____
                                        Tanya E. Moore, Attorneys for Plaintiff


**ORDER**

    The Parties having so stipulated and good cause appearing,

    **IT IS HEREBY ORDERED** that the mandatory scheduling conference in this action be continued from July 30, 2013 to September 18, 2013 at  9:30 am in Courtroom 1 of the above entitled court.  A joint scheduling report shall be filed no later than seven (7) days prior to this date.  Telephonic appearances are granted with the parties to arrange for a one-line conference call to chambers at (559) 499-5690.


**IT IS SO ORDERED**.


Dated: 7/17/2013 /s/ SANDRA M. SNYDER_____
                                UNITED STATES MAGISTRATE JUDGE

Ronald Moore v. Chi Thanh Ngo, et al.
Stipulation and Order to Continue MSC                    Case No. 1:13-cv-00629-LJO-SMS