Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>  Plaintiff,<br><br>  vs.<br><br>CHI THANH NGO dba VALLEY HYDROPONICS, et al.,<br><br>  Defendants. | No. 1:13-cv-00629-LJO-SMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Chi Thanh Ngo dba Valley Hydroponics and Lloyd J. Ellis, Trustee of the David L. Ellis Exemption Trust, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: September 17, 2013          MOORE LAW FIRM, P.C.


                                  */s/ Tanya E. Moore*
                                  Tanya E. Moore
                                  Attorneys for Plaintiff
                                  Ronald Moore

| | |
|---|---|
| Date: September 17, 2013 | */s/ Bruce A. Neilson* <br> Bruce A. Neilson <br> Attorney for Defendants <br> Chi Thanh Ngo dba Valley Hydroponics and Lloyd J. Ellis, Trustee of the David L. Ellis Exemption Trust |

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.  The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **September 17, 2013**           /s/ Lawrence J. O'Neill
                                                               UNITED STATES DISTRICT JUDGE