1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | RONALD MOORE,                 ) No.  1:13-cv-00629-LJO-SMS
12 |                               )
   |         Plaintiff,            ) **STIPULATION FOR DISMISSAL OF**
13 |                               ) **ACTION; ORDER**
   |     vs.                       )
14 |                               )
   | CHI THANH NGO dba VALLEY      )
15 | HYDROPONICS, et al.,          )
   |                               )
16 |         Defendants.           )
   |                               )
17

18     IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Chi Thanh Ngo dba Valley Hydroponics and Lloyd J. Ellis, Trustee of the David L. Ellis Exemption Trust, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: September 17, 2013                MOORE LAW FIRM, P.C.


                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorneys for Plaintiff
                                        Ronald Moore

Date: September 17, 2013          */s/ Bruce A. Neilson*
                                   Bruce A. Neilson
                                   Attorney for Defendants
                                   Chi Thanh Ngo dba Valley Hydroponics and Lloyd
                                   J. Ellis, Trustee of the David L. Ellis Exemption
                                   Trust

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **September 17, 2013**          /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE